UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAMELA WILLIAMS, on behalf of himself and
all others similarly situated,
                          Plaintiff,

      -against-                                 20 **CIVIL** 4565

**JUDGMENT**

JOBE SPORTS USA, INC.,
                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff Pamela Williams and Defendant Jobe Sports USA, Inc., by and through undersigned counsel, have stipulated that this action and all claims and defenses asserted therein be dismissed with prejudice. Each party shall bear their own attorneys' fees, costs, and disbursements. Judgment is hereby entered.

**Dated:** New York, New York
            November 9, 2020

                                                                    RUBY J. KRAJICK

                                                                    Clerk of Court
                                       BY:
                                                                    Deputy Clerk